Anthony NELSON, Appellant,

v.

Ricky MCCARRELL, Sgt., Varner Super Max, ADC; T. Brown, Grievance Officer, Varner Super Max, ADC; R. Toney, Warden, Varner Super Max, ADC; Ray Hobbs, Chief Deputy Director, Varner Super Max, ADC, Appellees.

No. 01–2891.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 31, 2001.

Decided Nov. 2, 2001.

PER CURIAM.

Arkansas inmate Anthony Nelson appeals the district court's * dismissal without prejudice of his 42 U.S.C. § 1983 complaint against four Arkansas Department of Corrections employees for failure to exhaust administrative remedies. Having carefully reviewed the record, we conclude the district court's dismissal was proper. Although Nelson's supporting documents show he had exhausted administrative remedies with defendant Ricky McCarrell at the time of the district court's ruling, Nelson fails to show he had exhausted them with the remaining defendants. *See Graves v. Norris,* 218 F.3d 884, 885 (8th Cir.2000). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Nelson's pending motion.

* The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.